## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GLUE WILKINS, : No. 101 MM 2019
:
Petitioner :
:
:
:
v. :
:
:
:
NICHOLAS V. CORSETTI, ESQUIRE, :
PROTHONOTARY, SUPERIOR COURT :
OF PENNSYLVANIA, :
:
Respondent :

## ORDER

**PER CURIAM**

   **AND NOW**, this 3rd day of December, 2019, the Application for Leave to File Original Process is GRANTED, and the "King's Bench Matter" is DENIED.